■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY DESIR, Appellant. [885 NYS2d 240]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Murphy, J.), imposed May 23, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Covello, Leventhal and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND FIGUEROA, Appellant. [885 NYS2d 215]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 20, 2007 (*People v Figueroa,* 38 AD3d 796 [2007]), affirming a judgment of the County Court, Suffolk County, rendered February 22, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Skelos, J.P., Covello, Balkin and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA FLOYD, Appellant. [885 NYS2d 240]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Gazzillo, J.), imposed December 4, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Mastro, J.P., Dillon, Angiolillo and Belen, JJ., concur.